UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOSHUA LINER,

                    Plaintiff,

DECISION AND ORDER

98-CV-6343L

          v.

GLENN GOORD, et al.,

                    Defendants.
_____

      Plaintiff, Joshua Liner ("Liner"), proceeding *pro se,* filed a single page document requesting that this Court recuse itself (Dkt. #42). Plaintiff has failed to set forth any basis for recusal other than listing vague, general, conclusory statements.

      I have reviewed the file in this case and prior proceedings involving this plaintiff and see no basis whatsoever to recuse myself. *See* 28 U.S.C. § 455.

      Plaintiff also moved (Dkt. #43) for a preliminary injunction. The motion is denied.

      IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       August 30, 2006.