UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOSHUA LINER,

                      Plaintiff,

                                                           <u>DECISION AND ORDER</u>

                                                            98-CV-6343L

                     v.

GLENN GOORD, et al.,

                      Defendants.
_____

By decision and order filed October 9, 2008 (Dkt. #60), plaintiff's complaint against two defendants was dismissed and his cross-motion for summary judgment denied. By notice of motion filed October 20, 2008 (Dkt. #63), plaintiff has filed what in essence is a motion for reconsideration. Plaintiff has also appealed the prior decision and order.

CONCLUSION

Plaintiff's motion for reconsideration (Dkt. #63) is in all respects denied.

IT IS SO ORDERED.

                                                    _____
                                                         DAVID G. LARIMER
                                                 United States District Judge

Dated: Rochester, New York
       October 22, 2008.